**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HENRY WILLIAMS**
**ADC #094006** **PLAINTIFF**

**v.** **No: 4:22-cv-00826-KGB-PSH**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

# ORDER

Having reviewed Henry Williams' complaint (Doc. No. 3) for screening purposes,[1] it appears that service is appropriate as to his claims against defendants Warden Gary Musslewhite, Security Deputy Warden Rob Perice, and Correctional Officers Lura Cook, Dennis Goins and Natalie Bass.[2] *See* Doc. No. 15. The Clerk of the Court shall prepare summonses for these defendants, and the United States Marshal is hereby directed to serve a copy of the complaint (Doc. No. 3) and a

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] Defendants Nurse Practitioner Nunage and an unnamed nurse assistant, who are both Wellpath employees, will be served by separate order once the nurse assistant has been named.

summons on each of them without prepayment of fees and costs or security therefor. The defendants should be served through the ADC Compliance Division.[3]

IT IS SO ORDERED this 14th day of October, 2022.

__________________________________
UNITED STATES MAGISTRATE JUDGE

[3] If a defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.